**Nathan Leon STEPHENS, Petitioner–Appellant,**

v.

**Warden A. DUNBAR, Respondent–Appellee.**

**No. 13–7269.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 23, 2014.

Nathan Leon Stephens, Appellant Pro Se. Michael Bredenberg, Federal Medical Center, Butner, North Carolina, for Appellee.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan Leon Stephens, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Stephens v. Dunbar,* No. 5:12–hc–02035–FL, 2013 WL 3924013 (E.D.N.C. July 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*